UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
YUNGBAEK JEON,                                                           JUDGMENT
                                                                                      18-cv-2612 (NGG) (PK)
          Plaintiff,

      v.

RAFAEL RILEY and MISHKA BEVERAGES,

          Defendants.
------------------------------------------------------------ X

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on March 11, 2021, adopting the Report and Recommendation of Magistrate Judge Peggy Kuo, dated November 23, 2020, granting Park Firm's Motion for Attorneys' Fees; and awarding the Park Firm five percent of the total contingent fee and $452 in reimbursement for litigation expenses; it is

      ORDERED and ADJUDGED that the Park Firm's Motion for Attorneys' Fees is granted; and that the Park Firm is awarded five percent of the total contingent fee and $452 in reimbursement for litigation expenses.

Dated: Brooklyn, NY                                         Douglas C. Palmer
       March 12, 2021                                      Clerk of Court

                                                                By:    /s/*Jalitza Poveda*
                                                                          Deputy Clerk